NO. 07-03-0127-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 20, 2003

_____

THE STATE OF TEXAS, APPELLANT

V.

KRISTOPHER COX, APPELLEE

_____

FROM THE 31ST DISTRICT COURT OF GRAY COUNTY;

NO. 6053; HONORABLE STEVEN R. EMMERT, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

<u>MEMORANDUM OPINION</u>

Appellant, The State of Texas, by and through its District Attorney, Richard J. Roach, filed a Motion to Dismiss Appeal on May 16, 2003, stating that it desires to withdraw its appeal.

Without passing on the merits of the case, we grant appellant's motion for voluntary dismissal and hereby dismiss the appeal. Tex. R. App. P. 42.2. Having dismissed the appeal at appellant's request, we will not entertain a motion for rehearing, and our mandate will issue forthwith.


James T. Campbell
Justice


Do not publish.